# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:08-CR-0076-JCM-GWF |
| v. | ) | |
| | ) | **ORDER** |
| EDDY DEAN JACKSON, | ) | |
| Defendant. | ) | |

EDDY DEAN JACKSON, having requested to attend the viewing and funeral of his grandmother, Rosie Mae Williams, and there being no opposition to the motion, compelling cause having been shown,

**IT IS ORDERED** Defendant be temporarily released from custody of the U.S. Marshal at the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, commencing Tuesday, August 16, 2011 at 8:30 a.m., to the custody and supervision of his cousin, Dominique McJoy, to attend the viewing currently scheduled for Tuesday, August 16, 2001 at 2:00 p.m. and the funeral currently scheduled for Wednesday, August 17 at 1:00 p.m., in Las Vegas, Nevada, to be returned to the custody of the U.S. Marshal at the Lloyd D. George U.S. Courthouse not later than 9:00 a.m., Thursday, August 18, 2011.

DATED: August 15, 2011

_____
UNITED STATED DISTRICT JUDGE